UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CLARK,<br><br>   Plaintiff,<br><br> vs.<br><br>WALTERS,<br><br>   Defendant. | **1:23-cv-01305-GSA-PC**<br><br>**ORDER TO EITHER:**<br><br>**(1)  SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>   **OR**<br><br>**(2)  PAY $402.00 FILING FEE IN FULL**<br><br>**DEADLINE: <u>OCTOBER 13, 2023</u>**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Andrew Clark ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on August 31, 2023, together with an application to proceed *in forma pauperis* under 28 U.S.C. § 1915 and a certified copy of his prison trust account statement. (ECF Nos. 1, 2.) However, Plaintiff did not complete all portions of the application.

  On page 1 of the application, Plaintiff did not respond to the questions in Section #3 ("Have you received any money from the following sources over the last twelve months? If the

1

answer to any of the above is 'yes,' describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive.")  (ECF No. 2 at 1.)

On page 2 of the application, Plaintiff did not respond to the questions in Section #4 ("Do you have cash (includes balance of checking or savings accounts)?  If 'yes,' state the total amount.")  (Id. at 2.)

Without knowing Plaintiff's present financial status, the court cannot grant his application to proceed *in forma pauperis*.  Plaintiff shall be granted an opportunity to submit a new, completed application to proceed *in forma pauperis*, providing all of the information requested, or pay the $402.00 filing fee for this action, **on or before October 13, 2023**.  Plaintiff is not required to submit another certified copy of his prison trust account statement.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk shall send Plaintiff an application to proceed *in forma pauperis*;
2. **On or before October 13, 2023**, Plaintiff shall either:
   (a) Submit an application to proceed *in forma pauperis* to the court, **completed and signed;** or
   (b) Pay the $402.00 filing fee for this action; and
   (c) Plaintiff is not required to submit another certified copy of his prison trust account statement;
3. No requests for extension of time will be granted without a showing of good cause; and
4. **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **September 12, 2023**              /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE