UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CLARK,<br><br>         Plaintiff,<br><br>    v.<br><br>J. WALTERS,<br><br>         Defendant. | No.  1:23-cv-01305 GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO DETERMINE WHETHER TO OPT OUT OF POST-ALTERNATIVE DISPUTE RESOLUTION PROGRAM<br><br>DEFENDANT'S NOTICE REGARDING SAME DUE AUGUST 5, 2025<br><br>120-DAY STAY DATE EXTENDED TO DECEMBER 3, 2025 |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter has been stayed pending Defendant deciding whether he wishes to participate in the Court's Post-Screening Alternative Dispute Resolution Program ("Early ADR Program").  See ECF No. 14.

Defendant has filed a request for an extension of time to August 5, 2025, to determine whether he would like to participate in the Court's Early ADR Program.  ECF No. 17.  In support of it, Defendant's counsel, Janine K. Jeffery, who substituted in to represent Defendant in May of this year (see ECF Nos. 15, 16), states that because of a pre-planned vacation in May and ongoing trial preparation that she has in another matter, she has yet to be able to meet with Plaintiff.  ECF

No. 17 at 2 (Decl. of Atty. J.K. Jeffery). She states, however, that she is in the process of making arrangements to do so. ECF No. 17 at 2. Attorney Jeffery further states that after speaking with Plaintiff, she will need to take the time to provide an evaluation to the California Department of Corrections and Rehabilitation's Office of Legal Affairs so that it may determine whether to opt out of the Court's Early ADR Program. Id.

For these reasons, Attorney Jeffery requests that the deadline for Defendant to inform the Court whether he wishes to opt out of the Court's Early ADR Program be extended to August 5, 2025. ECF No. 17 at 2. Good cause appearing, the motion will be granted. In addition, the current 120-day stay date of these proceedings will also be extended accordingly.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request for an extension of time to inform the Court whether he wishes to opt out of the Court's Early ADR Program (ECF No. 17) is GRANTED;

2. Defendant shall file NOTICE with the Court of his decision regarding whether he wishes to opt out of the program or participate in it no later than August 5, 2025, and

3. The current 120-day stay date issued in the ADR stay order (see ECF No. 14) is EXTENDED to December 3, 2025.

IT IS SO ORDERED.

Dated:   **June 13, 2025**                              /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE