UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CLARK,<br><br>          Plaintiff,<br><br>     v.<br><br>J. WALTERS,<br><br>          Defendant. | No. 1:23-cv-01305 GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO DETERMINE WHETHER TO OPT OUT OF POST-ALTERNATIVE DISPUTE RESOLUTION PROGRAM<br><br>DEFENDANT'S NOTICE REGARDING SAME DUE SEPTEMBER 2, 2025<br><br>120-DAY STAY DATE EXTENDED TO JANUARY 5, 2026 |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter has been stayed pending Defendant deciding whether he wishes to participate in the Court's Post-Screening Alternative Dispute Resolution Program ("Early ADR Program"). See ECF No. 14.

Defendant has filed a request for additional time – until September 2, 2025, – to determine whether he would like to participate in the Court's Early ADR Program. ECF No. 19. This is Defendant's second request for an extension of time to do so. See ECF No. 17 (first extension request).

1    In support of the extension request, Defendant's counsel, Janine K. Jeffery, states that in
2 mid-June, she contacted the California Department of Corrections and Rehabilitation ("CDCR")
3 via e-mail to set up a meeting with Plaintiff.  ECF No. 19 at 2.  However, because of her trial
4 preparation in early July, she failed to follow up on the e-mail in a timely manner, and that when
5 she eventually did in mid-July, she was told that her authorization had expired, and that as a
6 result, she would need to complete new forms.  Id.

7    Attorney Jeffery states that she completed the requisite forms, and that on August 1, 2025,
8 she was told that the authorization forms had been approved.  ECF No. 19 at 2.  As a result,
9 currently, she is waiting to receive a date and time to speak with Plaintiff.  Id.  Thereafter, she
10 states, she will need to provide an evaluation to the CDCR's Office of Legal Affairs so that it can
11 determine whether to opt out of the Court's Early ADR Program.  Id.  For these reasons, she is
12 requesting an extension of the opt-out deadline to September 2, 2025.

13    Good cause appearing, the motion will be granted.  In addition, the current 120-day stay
14 date of these proceedings will also be extended accordingly.

15    Accordingly, IT IS HEREBY ORDERED that:

16    1.  Defendant's second request for an extension of time to inform the Court whether he
17 wishes to opt out of the Court's Early ADR Program (ECF No. 19) is GRANTED;

18    2.  Defendant shall file NOTICE with the Court of his decision regarding whether he
19 wishes to opt out of the program or participate in it no later than September 2, 2025, and

20    3.  The current 120-day stay date which was changed in the Court's last grant of an
21 extension of time (see ECF No. 18) is EXTENDED from December 3, 2025, to January 5, 2026.

IT IS SO ORDERED.

Dated:   **August 4, 2025**                  /s/ Gary S. Austin
                                                                       UNITED STATES MAGISTRATE JUDGE