UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CLARK,<br><br>             Plaintiff,<br><br>       v.<br><br>J. WALTERS,<br><br>             Defendant. | No.  1:23-cv-01305 GSA (PC)<br><br>ORDER DIRECTING DEFENDANT:<br><br>(1) TO SHOW CAUSE WHY HE SHOULD NOT BE IMMEDIATELY ORDERED TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT<br><br>See ECF Nos. 18, 20<br><br>OR, IN THE ALTERNATIVE:<br><br>(2) TO REQUEST EITHER TO OPT OUT OF THE EARLY ALTERNATIVE DISPUTE RESOLUTION PROGRAM OR TO REQUEST TO PARTICIPATE IN IT<br><br>DEFENDANT'S SHOWING OF CAUSE OR REQUEST DUE IN SEVEN DAYS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Defendant is now represented by private counsel.  See ECF Nos. 15, 16 (proposed substitution of attorney; Court approval of same, respectively).   The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

1

This matter has been stayed pending Defendant deciding whether he wishes to participate in the Court's Post-Screening Alternative Dispute Resolution Program ("Early ADR Program"). See ECF No. 14 (ADR stay order). For the reasons stated below, Defendant will be ordered to show cause why he should not be required to file an answer to Plaintiff's complaint. As an alternative to filing the showing of cause, Defendant may file a notice with the Court informing it either that he would like to participate in the Court's Early Alternative Dispute Resolution Program ("Early ADR Program"), or that he would prefer to opt out of doing so. Defendant will have seven days to take either course of action.

I.     RELEVANT FACTS

On April 15, 2025, the Court referred this matter to its Early Alternative Dispute Resolution Program, and it stayed this matter for 120 days. See ECF No. 14. As a result, Defendant was given sixty days to inform the Court whether he wished to participate in the program or opt out of it. Id. at 2.

On June 13, 2025, Defendant requested a fifty-two-day extension of time to inform the Court whether he wished to opt out of the Early ADR Program. ECF No. 17. The motion was granted the same day. ECF No. 18. Thereafter, on August 4, 2025, Defendant filed yet another request for an extension of time. ECF No. 19. This time, Defendant requested an additional twenty-eight days either to opt out of the program or inform the Court that he wished to participate in it. See id. at 2. The Court granted this extension request as well, which made Defendant's notice to the Court due on September 2, 2025. See ECF No. 20 at 2. At that time, the Court also extended its 120-day stay order from December 3, 2025, to January 5, 2026. See id.

II.    DISCUSSION

The September 2, 2025, due date for response from Defendant has passed. Despite this fact, to date, Defendant's counsel, Janine K. Jeffery, has not informed the Court which course of action Defendant would like to take, nor has Defense counsel filed another request for an extension of time.

2

More than five months after the Court stayed this matter and referred it to the Early ADR Program this case has not moved forward. This being the case, Defense Counsel will be ordered to show cause why Defendant should not be ordered to file an answer to Plaintiff's complaint. As an alternative to filing the showing of cause, Attorney Jeffery will be given a final opportunity to file a notice with the Court informing it whether Defendant wishes to participate in the Early ADR Program or opt out of it.

Attorney Jeffery will be given seven days to take either course of action on Defendant's behalf.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant is ORDERED to SHOW CAUSE why he should not be immediately ordered to file a response to Plaintiff's complaint;

2. As an alternative to filing the showing of cause, Defendant shall file a notice with the Court informing it whether Defendant wishes to participate in the Court's Early Alternative Dispute Resolution Program, or to opt out of doing so;

3. Defendant shall have seven days to take either course of action.,

IT IS SO ORDERED.

Dated:   **September 25, 2025**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

3