# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CLARK,<br><br>        Plaintiff,<br><br>  v.<br><br>J. WALTERS,<br><br>        Defendant. | Case No.  1:23-cv-01305 SAB<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 26) |

The Court conducted a settlement conference in this action on February 11, 2026, at which the parties reached a settlement agreement.  The parties will prepare a settlement agreement.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:    **February 11, 2026**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE

1