**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW CLARK, | Case No.: 1:23-cv-01305-FRS (BAM) (PC) |
|       Plaintiff, | |
|     v. | ORDER THAT INMATE ANDREW CLARK IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| WALTERS, | |
|       Defendant. | |

Plaintiff Andrew Clark is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on February 11, 2026.  Inmate Andrew Clark, CDCR #AX-8064, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**February 11, 2026**__          ___/s/ *Barbara A. McAuliffe*___
                                    UNITED STATES MAGISTRATE JUDGE