# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW CLARK, | No.  1:23-cv-01305-FRS (BAM) (PC) |
| Plaintiff, | ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| WALTERS, | (ECF No. 36) |
| Defendant. | |

Plaintiff Andrew Clark ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983.

Currently before the Court is a stipulation for voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. (ECF No. 36.)  The stipulation is signed and dated by Plaintiff and counsel for Defendant, and indicates that each party shall bear its own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to assign a Magistrate Judge for the purpose of closing this case, terminate all pending motions, and close this case.

IT IS SO ORDERED.

Dated:   **February 21, 2026**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1